No. 72–6353. DiMario v. United States. C. A. 6th Cir. Certiorari denied.

No. 72–6366. DeBetham v. United States. C. A. 9th Cir. Certiorari denied.

No. 72–6367. Mandina v. United States. C. A. 8th Cir. Certiorari denied.

No. 72–6368. Butler v. United States. C. A. 4th Cir. Certiorari denied.

No. 72–6373. Hauff v. United States. C. A. 7th Cir. Certiorari denied.

No. 72–6376. Miles v. United States. C. A. 8th Cir. Certiorari denied.

No. 72–6457. Washington v. Maryland. C. A. 4th Cir. Certiorari denied.

No. 72–6458. O'Shea v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–6461. Canty v. Board of Education of the City of New York. C. A. 2d Cir. Certiorari denied.

No. 72–6462. Thompson v. Lambert's Point Docks, Inc., et al. C. A. 4th Cir. Certiorari denied.

No. 72–6465. Sander v. Ohio. Ct. App. Ohio, Darke County. Certiorari denied.

No. 72–6474. O'Neill v. Superior Court of Alameda County. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 72–6487. Rivera v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.